Robert C. Ryan (#7164)
Anthony Hall (#5977)
Tamara Reid (#9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
ahall@hollandhart.com
treid@hollandhart.com

Christopher B. Hadley
(*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Fax: (801) 618-4238
cbhadley@hollandhart.com

*Attorneys for Plaintiff and Counter Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>Defendants. | Case No.: 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION AND ORDER TO PARTICIPATE IN A FURTHER MEDIATION AND/OR SETTLEMENT CONFERENCE BEFORE THE HONORABLE JUDGE GREG ZIVE** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, DEAN S. MEILING; and MADYLON MEILING,<br><br>Counter Defendants. | |

The parties by and through undersigned counsel and in consultation with the Court's Administrator, stipulate as follows:

**RECITALS**

1.  On October 20, 2015, the Court held a motion hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. No. 12) and Defendant's Motion for Preliminary Injunction (Dkt. No. 52). Both motions were denied without prejudice as to the trademark claims.

2.  At the October 20, 2015 hearing, Judge Du suggested that another settlement conference could be conducted with the Honorable Gregg W. Zive presiding.

**STIPULATION**

The parties hereby stipulate and inform the Court that they consent to participate in a further mediation and/or settlement conference before Judge Zive if ordered by the Court. The parties further agree to schedule this conference in consultation with the Courtroom Administrator.

Neither the request for, nor the entering into, this Stipulation shall constitute, or be urged by any party as, an admission against interest.

DATED this 22nd day of October, 2015.

**HOLLAND & HART LLP**

 /s/ Robert C. Ryan
Robert C. Ryan (7164)
Anthony Hall (5977)
Tamara Reid (9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511

Christopher B. Hadley
*(Admitted Pro Hac Vice)*
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101

*Attorneys for Plaintiff and Counter Defendants*

///
///

1  DATED this 22nd day of October, 2015.

**HOY CHRISSINGER KIMMEL VALLAS, PC**

 /s/ Michael D. Hoy
Michael D. Hoy (#2723)
50 West Liberty Street, Suite 840
Reno, Nevada  89501
(775) 786-8000

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED OCTOBER 23, 2015

8168847_1

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

3