UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, | ) ) ) | 3:15-CV-0294-MMD (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | June 17, 2016 |
| METALAST INTERNATIONAL, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the Local Rules of Civil Practice, Rule 26-8, interrogatories, responses, requests for production and admission, and proofs of service shall not be filed with the Clerk of Court, unless ordered by the Court. Originals of responses to written discovery must be served on the party who served the request.

Therefore, the discovery requests and responses filed by defendant Marc Harris (ECF No. 140 & 141) are hereby **STRICKEN.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
       Deputy Clerk