# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, <br><br> Plaintiff, <br> v. <br><br> METALAST INTERNATIONAL, INC., et al., <br><br> Defendants. | 3:15-cv-00294-MMD-VPC <br><br> **MINUTES OF THE COURT** <br><br> May 22, 2017 |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On May 16, 2017, plaintiff filed its motion to compel and for sanctions (ECF No. 294). Defendants filed their response (ECF Nos. 298, 299), and interested party, Stephen R. Harris, filed his response and countermotion for sanctions (ECF Nos. 300, 301). Plaintiff replied (ECF No. 304). The court has reviewed the documents and finds that the requested documents have been produced. Accordingly, the motion to compel (ECF No. 294) is **DENIED** as moot. Further, the court finds that sanctions are not warranted, and therefore the motion for sanctions (ECF No. 294) and countermotion for sanctions (ECF No. 301) are **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:           /s/           
Deputy Clerk