Robert C. Ryan (#7164)
Timothy A. Lukas, Esq. (#4678)
Tamara Reid (#9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
treid@hollandhart.com

Christopher B. Hadley (admitted *pro hac vice*)
JONES, WALDO, HOLBROOK & MCDONOUGH, PC
1441 West Ute Blvd, Suite 330
Park City, Utah 8409860
Phone: (435) 200-0085
Fax: (435) 200-0084
cbhadley@joneswaldo.com

*Attorneys for Plaintiff and Counter Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>Defendants.<br><br>And Related Actions. | Case No.: 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION and [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**<br>**[FIRST REQUEST]** |

Plaintiff/Counter Defendant Chemeon Surface Technology and Counter Defendants Dean S. Meiling and Madylon Meiling (collectively "CHEMEON"), by and through their undersigned counsel, Robert C. Ryan of Holland & Hart, LLP, and Defendants David M. Semas and Greg D. Semas, by and through their undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, stipulate and agree as follows:

1

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

1. CHEMEON filed its Motion for Reconsideration of Summary Judgment Order on April 24, 2018 [ECF No. 412].

2. Defendants filed their Opposition to the Motion for Reconsideration on May 1, 2018. [ECF No. 413].

3. The current deadline for CHEMEON to file its reply is May 8, 2018.

4. The parties hereby stipulate to a three (3) day extension of the deadline for CHEMEON to file its reply brief. CHEMEON shall have through Friday, May 11, 2018 within which to filed its reply brief.

5. This extension is agreed to and requested from the Court because CHEMEON's counsel primarily tasked with the briefing, Mr. Ryan, was sidelined by a serious medical issue that kept him out of the office from April 26-30, 2018, and continuing to deal with the issue through part of last week.

6. This is the first request for an extension of time to file the reply brief.

7. This request for an extension is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 7th day of May, 2018

HOLLAND & HART LLP

 /s/ Tamara Reid
Robert C. Ryan (7164)
Tamara Reid (9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Chemeon Surface Technology, LLC, Dean S. Meiling, and Madylon Meiling*

DATED this 7th day of May, 2018

HOY CHRISSINGER KIMMEL VALLAS, PC

 /s/   Michael Hoy
Michael D. Hoy (2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426
*Attorneys for David M. Semas and Greg D. Semas*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: May 7, 2018

2

# PROOF OF SERVICE

Pursuant to FRCP 5, I, declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

I am readily familiar with Holland & Hart's practice for collection and processing of: HAND DELIVERIES, FACSIMILES and OUTGOING MAIL. Such practice in the ordinary course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

On May 7, 2018, I served the foregoing, **STIPULATION and [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**, as follows:

☑ ELECTRONIC: by electronic transmission through the United States District Court's CM/ECF system to the parties below:

Michael D. Hoy
HOY CHRISSINGER KIMMEL VALLAS PC
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426
mhoy@nevadalaw.com

*Attorneys for Defendants*

☑ U.S. MAIL: by placing a true copy thereof in Holland & Hart's outgoing mail in a sealed envelope addressed as follows:

Marc Harris
2471 Morning Dew Drive
Brea, CA 92821
Telephone: 714-642-1021
Email: Marcharr3@hotmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 7, 2018.

                                                                           /s/ Gay Groves

10946450_1