Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
Tamara Reid (#9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
treid@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
JONES, WALDO, HOLBROOK & McDONOUGH, PC
1441 West Ute Blvd., Suite 330
Park City, Utah 84098
Telephone: (435) 200-0087
Facsimile: (435) 200-0084
chadley@joneswaldo.com

*Attorneys for Plaintiff and Counter Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>    Defendants. | Case No.: 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION and [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER**<br>**[FIRST REQUEST]** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>    Counterclaimants,<br>v.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, DEAN S. MEILING; and MADYLON MEILING, | |

1

| | |
|---|---|
| Counter Defendants. | |
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company, | Consolidated with: |
| Plaintiff, | Case No. 3:15-cv-00295-MMD-VPC |
| v. | |
| MHA GROUP, a company; and MARC HARRIS, an individual. | |
| Defendants. | |

Plaintiff/Counter Defendants CHEMEON Surface Technology and Counter Defendants Dean S. Meiling and Madylon Meiling (collectively "CHEMEON"), by and through their undersigned counsel, Robert C. Ryan of Holland & Hart, LLP; Defendants Metalast International, Inc., Metalast, Inc., Sierra Dorado, Inc., David M. Semas, and Counterclaimants Metalast International, Inc. and David M. Semas (collectively "Metalast Defendants"), by and through their undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, stipulate and agree as follows:

1. On April 2, 2018, the Court entered its Minute Order In Chambers (ECF No. 400) directing the Proposed Joint Pretrial Order to be filed within 60 days.

2. Pursuant to the Minute Order, the Proposed Joint Pretrial Order is due June 1, 2018.

3. Currently still pending before the Court are the following briefs and motions:

    a. supplemental briefing by the parties on the cancellation claim/fraudulent renewal at ECF Nos. 354, 356, and 404 and 405; and

    b. motion for reconsideration briefing by the parties at ECF Nos. 412, 413, and 417.

4. The parties agree to extend the deadline within which to file the Proposed Joint Pretrial Order to 30 days after the Court enters its rulings on the pending matters identified in paragraph 3 above.

5. This extension is agreed to and requested based on the Court's response to the

parties' joint inquiry to the Court concerning the deadline to file the Proposed Joint Pretrial Order.

6. This is the first request for an extension of time to file the Proposed Joint Pretrial Order.

7. This request for an extension is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 17th day of May, 2018.

HOLLAND & HART LLP

 /s/ Tamara Reid
Robert C. Ryan (7164)
Timothy A. Lukas (#4678)
Tamara Reid (9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Chemeon Surface Technology, LLC, Dean S. Meiling, and Madylon Meiling*

DATED this 17th day of May, 2018.

HOY CHRISSINGER KIMMEL PC

 /s/ Michael D. Hoy
Michael D. Hoy (2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426
*Attorneys for Metalast International, Inc., Metalast, Inc., Sierra Dorado, Inc., David M. Semas, Greg D. Semas, and Wendi Semas-Fauria*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: May 17, 2018

# PROOF OF SERVICE

Pursuant to FRCP 5, I, declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

I am readily familiar with Holland & Hart's practice for collection and processing of: HAND DELIVERIES, FACSIMILES and OUTGOING MAIL. Such practice in the ordinary course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

On May 17, 2018, I served the foregoing, **STIPULATION and [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER [FIRST REQUEST]**, as follows:

☑ ELECTRONIC: by electronic transmission through the United States District Court's CM/ECF system to the parties below:

Michael D. Hoy
HOY CHRISSINGER KIMMEL
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426
mhoy@nevadalaw.com

*Attorneys for Defendants*

☑ U.S. MAIL: by placing a true copy thereof in Holland & Hart's outgoing mail in a sealed envelope addressed as follows:

Marc Harris
2471 Morning Dew Drive
Brea, CA 92821
Telephone: 714-642-1021
Email: Marcharr3@hotmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 17, 2018.

                                           */s/ Jeanette Sparks*

10983804_1