Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
Tamara Reid (#9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
treid@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
JONES, WALDO, HOLBROOK & McDONOUGH, PC
1441 West Ute Blvd., Suite 330
Park City, Utah 84098
Telephone: (435) 200-0087
Facsimile: (435) 200-0084
chadley@joneswaldo.com

*Attorneys for Plaintiff and Counter Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>Defendants. | Case No.: 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS MARC HARRIS AND MHA GROUP WITH PREJUDICE AND ORDER** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br>v.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, DEAN S. MEILING; and MADYLON | |

1

| | |
|---|---|
| MEILING,<br><br>Counter Defendants.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MHA GROUP, a company; and MARC HARRIS, an individual.<br><br>Defendants. | Consolidated with:<br><br>Case No. 3:15-cv-00295-MMD-VPC |

IT IS HEREBY STIPULATED, by and between Plaintiff CHEMEON Surface Technology, LLC, by and through its undersigned counsel, Timothy A. Lukas of Holland & Hart, LLP, and Defendants Marc Harris ("Harris") and MHA Group ("MHA"), that all claims against Harris and MHA in Case No. 3:15-cv-00294-MMD-VPC be dismissed with prejudice, with each party to bear their own court costs and attorney's fees.

IT IS SO STIPULATED AND AGREED.

DATED this __th day of May, 2018.

HOLLAND & HART LLP

/s/ Timothy A. Lukas
Robert C. Ryan (7164)
Timothy A. Lukas (#4678)
Tamara Reid (9840)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Chemeon Surface Technology, LLC, Dean S. Meiling, and Madylon Meiling*

DATED this 24th day of May, 2018.

/s/ Marc Harris
417 S. Associated Road #303
Brea, California 92821
2471 Morning Dew Drive
Brea, California 92821
*Individually, and for his personal d/b/a, MHA Group*

**IT IS SO ORDERED**.

DATED this __29th__ day of May, 2018.

_____
United States Judge

2