Michael D. Hoy (NV Bar 2723)
HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
(775) 786-8000
mhoy@nevadalaw.com

Attorneys for: Defendants and Counterclaimants

# United States District Court
# District of Nevada

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS; GREG D. SEMAS; and WENDI SEMAS-FAURIA,<br><br>Defendants. | Case No. 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION OF ENTRY OF ORDER CANCELLING DEFENDANT/COUNTERCLAIMANT DAVID M. SEMAS' FEDERAL LOGO MARK REGISTRATIONS**<br>**ECF NO. 426**<br><br>**[FIRST REQUEST]** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC; DEAN S. MEILING; and MADYLON MEILING,<br><br>Counter Defendants. | |

Plaintiff Chemeon Surface Technology ("CHEMEON"), by and through its undersigned counsel, Holland & Hart, LLP, and Defendants Metalast International, Inc., Metalast, Inc., Sierra

Dorado, Inc., and David M. Semas ("METALAST"), by and through their undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, hereby stipulate and agree as follows:

1. Plaintiff Chemeon filed its Motion of Entry of Order Cancelling Defendant/Counterclaimant David M. Semas' Federal Logo Mark Registrations [ECF 426] with the Court on July 11, 2018.
2. The deadline to file the Mr. Semas's Opposition is July 25, 2018.
3. Mr. Semas has asked Chemeon to stipulates to Mr. Semas's request to extend Mr. Semas's deadline until 5:00 p.m. on August 3, 2018 to file his Opposition to Motion of Entry of Order Cancelling Defendant/Counterclaimant David M. Semas' Federal Logo Mark Registrations.
4. Chemeon stipulates to Mr. Semas's request.
5. This is Mr. Semas's first request for extension of time to respond to this motion.
6. Mr. Semas represents that his request for this stipulation is made with good cause and in good faith.

Dated July 25, 2018

Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

/s/Robert Ryan
Robert C. Ryan (7164)
Anthony Hall (5977)
Tamara Reid (9840)
Attorneys for Plaintiff Chemeon Surface Technology, Inc.

Dated July 25, 2018

HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501

/s/Michael D. Hoy
Michael D. Hoy (2723)
Attorneys for Movants David Semas and Metalast International, Inc.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: July 26, 2018

## Certificate of Service

I, Shondel Seth, certify that I am, and at all times during the service of process was, not less than 18 years of age and not party to the matter concerning which service of process was made. I further certify that I caused the following document to be served: **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION OF ENTRY OF ORDER CANCELLING DEFENDANT/COUNTERCLAIMANT DAVID M. SEMAS' FEDERAL LOGO MARK REGISTRATIONS ECF 426** as follows:

☒ **BY ELECTRONIC SERVICE.** by electronic transmission through the United States District Court's CM/ECF system to the parties below:

| | |
|---|---|
| Robert C. Ryan, Esq. | rcryan@hollandhart.com |
| Anthony Hall, Esq. | ahall@hollandhart.com |
| Tamara Reid, Esq. | treid@hollandhart.com |
| Timothy A. Lukas, Esq. | tlukas@hollandhart.com |
| Chris Hadley, Esq. | cbhadley@joneswaldo.com |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 25, 2018.

_/s/Shondel Seth_
SHONDEL F. SETH