Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
Tamara Reid (#9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
treid@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
JONES, WALDO, HOLBROOK & McDONOUGH, PC
1441 West Ute Blvd., Suite 330
Park City, Utah 84098
Telephone: (435) 200-0087
Facsimile: (435) 200-0084
chadley@joneswaldo.com

*Attorneys for Plaintiff and Counter Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>Defendants. | Case No.: 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO GREG SEMAS'S RENEWED MOTION FOR SUMMARY JUDGMENT [DKT 427]**<br><br>**[FIRST REQUEST]** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, DEAN S. MEILING; and MADYLON MEILING,<br><br>Counter Defendants. | |

1

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company, | Consolidated with: |
| Plaintiff, | Case No. 3:15-cv-00295-MMD-VPC |
| v. | |
| MHA GROUP, a company; and MARC HARRIS, an individual. | |
| Defendants. | |

Plaintiff CHEMEON Surface Technology ("CHEMEON"), by and through its undersigned counsel, Timothy A. Lukas of Holland & Hart, LLP; and Defendant Greg Semas ("Semas"), by and through his undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, stipulate and agree as follows:

1. On July 25, 2018, Semas filed a Renewed Motion for Summary Judgment (Dkt. 427) ("Motion").

2. Chemeon's deadline to file a response to the Motion is currently August 15, 2017.

3. Chemeon and Semas hereby stipulate to extend the deadline for Chemeon to respond to the Motion to September 7, 2018.

4. This is Chemeon's first request for an extension of time to file a response to the Motion.

5. Pursuant to LR IA 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. Because of the unavailability of Chemeon's counsel during periods of August, it be would very difficult and impose an undue burden on their client and counsel to meet the current filing deadline for filing an opposition to Greg Semas' renewed motion for summary judgment in this case. Counsel do not believe that the short extension requested would cause any undue delay in this case. Chemeon's counsel believes the extension allows for a better and more complete resolution of the pending motion and claims that may ultimately have to tried to the Court.

//

//

2

IT IS SO STIPULATED.

DATED this 9th day of August, 2018.                DATED this 9th day of August, 2018.

HOLLAND & HART LLP                                  HOY CHRISSINGER KIMMEL PC

*/s/ Timothy A. Lukas*                              */s/ Michael D. Hoy*
Robert C. Ryan (7164)                               Michael D. Hoy (2723)
Timothy A. Lukas (#4678)                            Bank of America Tower
Tamara Reid (9840)                                  50 West Liberty Street, Suite 840
5441 Kietzke Lane, Second Floor                     Reno, Nevada 89501
Reno, Nevada 89511                                  Telephone: (775) 786-8000
*Attorneys for Chemeon Surface Technology*          Facsimile: (775) 786-7426
                                                    *Attorneys for Greg D. Semas*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: August 9, 2018

3

# PROOF OF SERVICE

Pursuant to FRCP 5, I declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

I am readily familiar with Holland & Hart's practice for collection and processing of: HAND DELIVERIES, FACSIMILES and OUTGOING MAIL. Such practice in the ordinary course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

On August 9, 2018, I served the foregoing, **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO GREG SEMAS'S RENEWED MOTION FOR SUMMARY JUDGMENT [DKT 427] [FIRST REQUEST]**, as follows:

☑ <u>ELECTRONIC:</u> by electronic transmission through the United States District Court's CM/ECF system to the parties below:

> Michael D. Hoy
> HOY CHRISSINGER KIMMEL
> Bank of America Tower
> 50 West Liberty Street, Suite 840
> Reno, Nevada 89501
> Telephone: (775) 786-8000
> Facsimile: (775) 786-7426
> mhoy@nevadalaw.com
>
> *Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 9, 2018.

                                                                    */s/ Jeanette Sparks*

11273614_1