Michael D. Hoy (NV Bar 2723)
HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
(775) 786-8000
mhoy@nevadalaw.com

Attorneys for: Defendants and Counterclaimants

# United States District Court
# District of Nevada



| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS; GREG D. SEMAS; and WENDI SEMAS-FAURIA,<br><br>Defendants. | Case No. 3:15-cv-00294-MMD-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO OPPOSITION TO GREG SEMAS'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br>**ECF NO. 427**<br><br>**[FIRST REQUEST]** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC; DEAN S. MEILING; and MADYLON MEILING,<br><br>Counter Defendants. | |

Plaintiff Chemeon Surface Technology ("CHEMEON"), by and through its undersigned counsel, Holland & Hart, LLP, and Defendant Greg Semas ("SEMAS"), by and through its

undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, hereby stipulate and agree as follows:

1. Greg Semas filed his Renewed Motion for Summary Judgment [ECF 427] with the Court on July 25, 2018.
2. Plaintiff Chemeon Surface Technology filed their Opposition to Renewed Motion for Summary Judgment [ECF 436] on September 11, 2018.
3. Plaintiff Chemeon Surface Technology filed their Amended Opposition to Renewed Motion for Summary Judgment [ECF 441] on September 18, 2018.
4. The deadline to file the SEMAS Reply is October 2, 2018.
5. The parties stipulate to extend SEMAS's deadline until 5:00 p.m. on October 16, 2018 to file their Reply to Opposition to Greg Semas's Renewed Motion for Summary Judgment
6. This is the first stipulation for extension of time by the parties to respond to this motion.
7. Pursuant to LR IA-6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. Due to a medical issue (broken hand) and prepaid vacation of counsel for Greg Semas, it would be difficult for counsel to meet the current filing deadline. Counsel do not believe that the short extension will cause a delay in this case.

Dated September 26, 2018

Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

__/s/Timothy A. Lukas_____
Robert C. Ryan (7164)
Anthony Hall (5977)
Timothy A. Lukas (4678)
*Attorneys for Plaintiff Chemeon Surface Technology, Inc.*

Dated September 26, 2018

HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501

__/s/Michael D. Hoy_____
Michael D. Hoy (2723)
*Attorneys for Movant Greg Semas*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**
DATED: September 26, 2018

**Certificate of Service**

I, Shondel Seth, certify that I am, and at all times during the service of process was, not less than 18 years of age and not party to the matter concerning which service of process was made. I further certify that I caused the following document to be served: **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESONSE TO GREG SEMAS'S RENEWED MOTION FOR SUMMARY JUDGMENT ECF 427** as follows:

☒ **BY ELECTRONIC SERVICE.** by electronic transmission through the United States District Court's CM/ECF system to the parties below:

| | |
|---|---|
| Robert C. Ryan, Esq. | rcryan@hollandhart.com |
| Anthony Hall, Esq. | ahall@hollandhart.com |
| Timothy A. Lukas, Esq. | tlukas@hollandhart.com |
| Chris Hadley, Esq. | cbhadley@joneswaldo.com |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 26, 2018

                                          _/s/Shondel Seth_
                                          SHONDEL SETH