# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID M. SEMAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC., *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00125-LRH-CBC |
| CHEMEON SURFACE TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> METALAST INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | Case No. 3:15-cv-00294-MMD-CBC <br><br> REASSIGNMENT ORDER |

Before the court is a Notice of Related Cases (ECF No. 64 in the 2019 case and ECF No. 482 in the 2015 case).

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this District has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, it is therefore ordered that Case No. 3:19-cv-00125-LRH-CBC is reassigned to District Judge Miranda M. Du and Magistrate Judge Carla Baldwin Carry, and all future pleadings must bear case number 3:19-cv-00125-MMD-CBC.

The Clerk of Court is directed to change the file and docket to reflect this reassignment.

DATED this 5th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED this 5th day of March 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE