Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
JONES, WALDO, HOLBROOK & McDONOUGH, PC
1441 West Ute Blvd., Suite 330
Park City, Utah 84098
Telephone: (435) 200-0087
Facsimile: (435) 200-0084
chadley@joneswaldo.com

*Attorneys for Plaintiff and Counter Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>Defendants. | Case No.: 3:15-cv-00294-MMD-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br>v.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, DEAN S. MEILING; and MADYLON MEILING,<br><br>Counter Defendants. | |

1

Plaintiff and Counter Defendants, by and through their undersigned counsel, Timothy A. Lukas of Holland & Hart, LLP; and Defendants and Counterclaimants, by and through their undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, stipulate and agree as follows:

1. On February 26, 2019, the Court entered a Minute Order (ECF 480) referring the matter to settlement.

2. On March 12, 2019, the Court issued its Order Scheduling Settlement Conference, setting April 11, 2019 as the Settlement Conference. The Parties attended the settlement conference and attempted in good faith to resolve all remaining issues pending before the Court in this case. They were unsuccessful.

3. Subsequent to the settlement Conference, the Parties have continued discussions for resolution of the matters before the Court. This includes potential issues in case *David Semas, et al. v Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC ("*Semas v. Chemetall Case*") transferred to this Court and involving many of the same facts and parties in this case.

4. The parties in both cases have reached an agreement to consent to having this case and the *Semas v. Chemetall Case* tried before Magistrate Judge Carry and executed their Consent forms (copies are attached as **Exhibit 1** and **2**) which they shall promptly file with the Court upon entry of an order approving this stipulation.

5. Significant steps in reaching the Magistrate Consents for both cases and with the parties involved also included the stipulation that all remaining claims in this case (3:15-cv-00294-MDM-CBC) will be tried without jury and the Parties in this case request to extend the deadline for filing their proposed Joint Pretrial Order until July 18, 2019. This extends the current deadline set forth in the Minute Order (ECF 480) which would set the deadline as May 13, 2019 based on the unsuccessful efforts at the April 11, 2019 settlement conference.

6. Pursuant to LR 6-1, this is the first request for an extension of the deadline to file a joint pretrial order and is made with good cause and in good faith and not for purposes of delay. The Parties believe the extension of time, resolution of any jury issues in this case (3:15-cv-00294-MDM-CBC) and Consent to trying this case and the *Semas v. Chemetall* Case to the Magistrate will

avoid unnecessary costs and delay in the final adjudication of the merits[1]. Counsel do not believe that the extension requested would cause any undue delay in this case.

IT IS SO STIPULATED.

DATED this 3rd day of May, 2019.

HOLLAND & HART LLP

/s/ Timothy A. Lukas
Robert C. Ryan (7164)
Timothy A. Lukas (#4678)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

*Attorneys for Chemeon Surface Technology and Dean S. Meiling and Madylon Meiling*

DATED this 3rd day of May, 2019.

HOY CHRISSINGER KIMMEL VALLAS PC

/s/ Michael D. Hoy
Michael D. Hoy (2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501

*Attorneys for Defendants and Counterclaimants*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: May 7, 2019

---

[1] No substantive consolidation of the cases is intended or sought by the parties. The parties in this case and the *Semas v. Chemetall* Case seek only assignment to the same Magistrate assigned to these cases, Magistrate Judge Carry, which they strongly believe will foster efficiency for their respective clients and the court and provide a consistency of rulings given the similar factual nexus in both cases and parties the involved.

3

# PROOF OF SERVICE

Pursuant to FRCP 5, I declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On May 3, 2019, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER** as follows:

☑ <u>ELECTRONIC</u>: by electronic transmission through the United States District Court's CM/ECF system to the parties below:

Michael D. Hoy
HOY CHRISSINGER KIMMEL
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426
mhoy@nevadalaw.com

*Attorneys for Defendants*

☑ <u>EMAIL</u>: Courtesy copies of this document were forwarded by email to the following:

Rew R. Goodenow, Esq.
Parson Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501
rgoodenow@parsonsbehle.com

*Attorneys for Defendant Albemarle Corporation in
Case No. 19-cv-00125-MMD-CBC*

James D. Boyle, Esq.
Holley Driggs Walch Fine Puzey
  Stein & Thompson
400 S. Fourth Street, Suite 300
Las Vegas, NV 89101
jboyle@nevadafirm.com

*Attorneys for Plaintiffs in
Case No. 19-cv-00125-MMD-CBC*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 3, 2019.

                                            */s/ Jeanette Sparks*

12432375_6

# EXHIBIT 1

**Notice, Consent and Reference of a Civil
Action to a Magistrate Judge
Case No. 3:15-cv-00294-MMD-CBC**

# EXHIBIT 1

**Notice, Consent and Reference of a Civil
Action to a Magistrate Judge
Case No. 3:15-cv-00294-MMD-CBC**

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| Chemeon Surface Technology, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00294-MMD-CBC |
| Metalast International, Inc., et al. | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

Mag. Judge Carla Carry

*Consent to a magistrate judge's authority.* The following parties consent to have a~~ United States ~~magistrate judge~~ conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Chemeon Surface Technology, LLC | [signature] | 5-3-19 |
| Dean S. Meiling | [signature] | 5-3-19 |
| (see attached for additional parties) | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION
# TO A MAGISTRATE JUDGE (continued)
Case No. 3:15-cv-00294-MMD-CBC

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Madylon Meiling | [signature] | 5-3-19 |
| Metalast International, Inc. | /S/ | 5-3-19 |
| Metalast, Inc. | /S/ | 5-3-19 |
| Sierra Dorado, Inc. | /S/ | 5-3-19 |
| David M. Semas | /S/ | 5-3-19 |
| Greg D. Semas | /S/ | 5-3-19 |
| Wendy Semas-Fauria | /S/ | 5-3-19 |

# EXHIBIT 2

Notice, Consent and Reference of a Civil
Action to a Magistrate Judge
Case No. 3:19-cv-00125-MMD-CBC

# EXHIBIT 2

Notice, Consent and Reference of a Civil
Action to a Magistrate Judge
Case No. 3:19-cv-00125-MMD-CBC

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| David Semas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:19-cv-00125-MMD-CBC |
| Chemetall US, Inc., et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

Mag. Judge Carla Carry

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| David M. Semas | [signature] | 05/03/19 |
| Metalast, Inc. | [signature] | 05/03/19 |
| (see attached for additional parties) | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____     _____
                           *District Judge's signature*

                           _____
                           *Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION
# TO A MAGISTRATE JUDGE (continued)
Case No. 3:19-cv-00125-MMD-CBC

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Chemetall US, Inc. | *signature* | 5-3-19 |
| BASF Corporation | *signature* | 5-3-19 |
| Qualichem Inc. | *signature* | 5-3-19 |
| Dubois Chemicals, Inc. | | |
| Miles Chemical Company | *signature* | 5-3-19 |
| John Schneider & Associates, Inc. | *signature* | 5-3-19 |
| Broco Products, Inc. | *signature* | 5-3-19 |
| Ronatec C2C, Inc. | *signature* | 5-3-19 |
| Electroplating Consultants International | *signature* | 5-3-19 |
| Albemarle Corporation | | |
| Southern Industrial Chemicals, Inc. | *signature* | 5-3-19 |
| Chemeon Surface Technology | *signature* | 5-3-19 |

12429584_1

# NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION
# TO A MAGISTRATE JUDGE (continued)
Case No. 3:19-cv-00125-MMD-CBC

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Chemetall US, Inc. | | |
| BASF Corporation | | |
| Qualichem Inc. | | |
| Dubois Chemicals, Inc. | | |
| Miles Chemical Company | | |
| John Schneider & Associates, Inc. | | |
| Broco Products, Inc. | | |
| Ronatec C2C, Inc. | | |
| Electroplating Consultants International | | |
| Albemarle Corporation | *[signature]* | 4/30/19 |
| Southern Industrial Chemicals, Inc. | | |
| Chemeon Surface Technology | | |

12429486_1