Michael D. Hoy (NV Bar 2723)
Hoy Chrissinger Kimmel Vallas, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
775.786.8000

Attorneys for Defendants

# United States District Court
# District of Nevada

Chemeon Surface Technology, LLC,

       Plaintiff,

   v.

Metalast International, Inc.; Metalast, Inc.;
Sierra Dorado, Inc.; David M. Semas; Greg D.
Semas; and Wendi Semas-Fauria,

       Defendants.

And Related Claims

Case No. 3:15-cv-00294-MMD-CBC

**Stipulation and Order for Extension
of Time to File Joint Pretrial Order**

**[First Request]**

Through counsel, all parties stipulate:

1.    On May 13, 2019, this Court referred this case to a United States magistrate judge to conduct all proceedings.

2.    At the June 11, 2019 status conference, the Court ordered that the parties shall file the Joint Pretrial Order under LR 16-4 ("JPO") not later than close of business on Thursday, August 1, 2019.  ECF No. 497.

3.    Michael Hoy was scheduled to commence a two-week bench trial on July 30, 2019 in Department 15 of the Second Judicial District Court.  That case involves complex construction scheduling issues, and claims for more than $5 million.  The case required

significant post-discovery period deposition and motion practice.   On July 22, 2019, the case settled.

4.      On or about July 18, 2019, Timothy Lukas and Hoy discussed the timing of the JPO.  Because of his trial preparation, and anticipated unavailability through August 9, 2019, Hoy suggested a 30-day postponement and Lukas agreed.  In reliance on that agreement, Lukas halted work on the JPO.

5.      The parties shall file the JPO not later than Friday, August 23, 2019.

6.      This is the first request by any party to extend the time to file the JPO from the date set by the Court's prior order (ECF No. 497).

7.      Pursuant to LR IS 6-1, this request is  made with good cause and in good faith, and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated July 24, 2019.

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
(775) 327-3000


 **/s/ Timothy A. Lukas**
_____
Robert C. Ryan (NV 7164)
Timothy A. Lukas (NV 4678)
Attorneys for Chemeon Surface Technology, LLC; Dean S. Meiling; and Madylon Meiling

Dated July 24, 2019.

HOY CHRISSINGER KIMMEL VALLAS, PC
50 West Liberty Street, Suite 840
Reno, Nevada 89501
(775) 786-8000


_____
Michael D. Hoy (NV 2723)
Attorneys for Metalast International, Inc.; Metalast, Inc.; Sierra Dorado, Inc.; David M. Semas; Greg D. Semas; and Wendi Semas-Fauria

IT IS SO ORDERED.
Dated:  July 26, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Page 2

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

\_**XXXXXXXXXXXXXXXXXXXXXXX**_____
Dated:

# Proof of Service

Pursuant to FRCP 5, Shondel Seth declares:

I am an employee of Hoy Chrissinger Kimmel Vallas, PC.  On July 24, 2019,, I electronically filed the foregoing document upon the parties who are registered with the CM/ECF system, which will send a notice of electronic filing to: Robert C. Ryan, Timothy A. Lukas, and Christopher B. Hadley, all counsel for plaintiff and counter defendants.

**/s/ Shondel Seth**
Shondel Seth