1  Robert C. Ryan (#7164)
   Timothy A. Lukas (#4678)
2  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor
3  Reno, Nevada  89511
   Phone: (775) 327-3042
4  Fax: (775) 786-6179
   rcryan@hollandhart.com
5  tlukas@hollandhart.com

6  Christopher B. Hadley
   (Admitted *pro hac vice*)
7  JONES, WALDO, HOLBROOK & McDONOUGH, PC
   1441 West Ute Blvd., Suite 330
8  Park City, Utah 84098
   Telephone:  (435) 200-0087
9  Facsimile:  (435) 200-0084
   chadley@joneswaldo.com
10
   *Attorneys for Plaintiff and Counter Defendants*
11

12              **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF NEVADA**

14  CHEMEON SURFACE TECHNOLOGY, LLC, a          Case No.:  3:15-cv-00294-MMD-CBC
    Nevada limited liability company,
15
                        Plaintiff,              **STIPULATION AND ORDER FOR**
16                                              **EXTENSION OF TIME TO FILE**
                   v.                           **RESPONSE TO DEFENDANT'S**
17                                              **MOTION FOR LEAVE TO FILE NEW**
    METALAST INTERNATIONAL, INC., a Nevada      **DISPOSITIVE MOTIONS**
18  corporation; METALAST, INC., a Nevada
    corporation; SIERRA DORADO, INC., a Nevada  **[FIRST REQUEST]**
19  corporation; DAVID M. SEMAS, an individual;
    GREG D. SEMAS, an individual; and WENDI
20  SEMAS-FAURIA, an individual.

21                      Defendants.

22
    DAVID M. SEMAS; and METALAST
23  INTERNATIONAL, INC.,

24                      Counterclaimants,
                   v.
25
    CHEMEON SURFACE TECHNOLOGY, LLC,
26  DEAN S. MEILING; and MADYLON
    MEILING,
27
                      Counter Defendants.
28
                              1

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

FILED ___ ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Plaintiff and Counter Defendants, by and through their undersigned counsel, Timothy A. Lukas of Holland & Hart, LLP; and Defendant and Counterclaimant, by and through his undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, stipulate and agree as follows:

1.     On September 11, 2019, Defendant and Counterclaimant filed his Motion for Leave to File New Dispositive Motions (ECF No. 511).

2.     Pursuant to Local Rule 7-2(b), Plaintiff and Counter Defendants' response to the Motion for Leave is due on September 25, 2019.

3.     The parties hereby stipulate to extend the deadline for Plaintiff and Counter Defendants to respond to the Motion for Leave until Monday, September 30, 2019. Based on the drafting of additional briefs requested by the Court on other issues and the need to research additional legal issues related to the Motion for Leave, Plaintiff and Counter Defendants' counsel requested an additional five days to file their response to the Motion for Leave and Defendant Counterclaimant's counsel agreed to the request.

///

///

///

4.     Pursuant to LR 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. This is the Parties' first request for an extension of time to file a response to the Motion for Leave. Counsel do not believe that the extension requested would cause any undue delay in this case.

IT IS SO STIPULATED.

DATED this 25th day of September, 2019.

HOLLAND & HART LLP

/s/ Timothy A. Lukas
Robert C. Ryan (7164)
Timothy A. Lukas (#4678)
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511

Attorneys for Chemeon Surface Technology and Dean S. Meiling and Madylon Meiling

DATED this 25th day of September, 2019.

HOY CHRISSINGER KIMMEL PC

/s/ Michael D. Hoy
Michael D. Hoy (2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501

Attorneys for Defendants and Counterclaimants

No further extensions will be granted.

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: 9/26/2019

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

3