Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
JONES, WALDO, HOLBROOK & McDONOUGH, PC
1441 West Ute Blvd., Suite 330
Park City, Utah 84098
Telephone: (435) 200-0087
Facsimile: (435) 200-0084
chadley@joneswaldo.com

*Attorneys for Plaintiff and Counter Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., a Nevada corporation; METALAST, INC., a Nevada corporation; SIERRA DORADO, INC., a Nevada corporation; DAVID M. SEMAS, an individual; GREG D. SEMAS, an individual; and WENDI SEMAS-FAURIA, an individual.<br><br>Defendants. | Case No.: 3:15-cv-00294-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTENSION TO FILE REPLY IN SUPPORT OF MOTION**<br><br>**[FIRST REQUEST]** |
| DAVID M. SEMAS; and METALAST INTERNATIONAL, INC.,<br><br>Counterclaimants,<br>v.<br><br>CHEMEON SURFACE TECHNOLOGY, LLC, DEAN S. MEILING; and MADYLON MEILING,<br><br>Counter Defendants. | |

1

Plaintiff and Counter Defendants, by and through their undersigned counsel, Timothy A. Lukas of Holland & Hart, LLP; and Defendant and Counterclaimant, by and through his undersigned counsel, Michael D. Hoy of Hoy Chrissinger Kimmel Vallas, PC, stipulate and agree as follows:

1. On December 4, 2019, Defendant and Counterclaimant David M. Semas filed his Motion for Partial Summary Judgment on the Pleadings Re: Sixth Claim for Relief (Copyright Infringement) (the "Motion") (ECF No. 540).

2. Pursuant to Minutes of Proceeding dated October 31, 2019 (ECF 536), Plaintiff and Counter Defendants' opposition to the Motion is due on December 30, 2019, and the reply is due on January 9, 2020.

3. The parties hereby stipulate to extend the deadline for Plaintiff and Counter Defendants to file their opposition to the Motion until Friday, January 10, 2020. Based on the unavailability of some of Plaintiff and Counter Defendants key personnel and counsel to address the issues raised in the Motion. Plaintiff and Counter Defendants' counsel requested an additional eleven days to file their response to the Motion and Defendant Counterclaimant's counsel agreed to the request. In fairness in preparing their reply, Plaintiff and Counter Defendants agree that Defendant and Counterclaimant's time to file a reply be extended to January 20, 2020.

////

////

////

////

2

4. Pursuant to LR 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. This is the Parties' first request for an extension of time to file a response to the Motion. Counsel do not believe that the extension requested would cause any undue delay in this case.

IT IS SO STIPULATED.

DATED this 23rd day of December, 2019.

HOLLAND & HART LLP

/s/ Timothy A. Lukas
Robert C. Ryan (7164)
Timothy A. Lukas (#4678)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

*Attorneys for Chemeon Surface Technology and Dean S. Meiling and Madylon Meiling*

DATED this 23rd day of December, 2019.

HOY CHRISSINGER KIMMEL PC

/s/ Michael D. Hoy
Michael D. Hoy (2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501

*Attorneys for Defendants and Counterclaimants*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 12/30/2019

3

# PROOF OF SERVICE

Pursuant to FRCP 5, I declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

I am readily familiar with Holland & Hart's practice for collection and processing of: HAND DELIVERIES, FACSIMILES and OUTGOING MAIL. Such practice in the ordinary course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

On December 23, 2019, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTENSION TO FILE REPLY IN SUPPORT OF MOTION [FIRST REQUEST]** as follows:

☑   **ELECTRONIC:** by electronic transmission through the United States District Court's CM/ECF system to the parties below:

Michael D. Hoy
HOY CHRISSINGER KIMMEL
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Facsimile: (775) 786-7426
mhoy@nevadalaw.com

*Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 23, 2019.

                                                    */s/ Audrey Brown*

13989362_v1