UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, | 3:15-CV-0294-CLB |
| Plaintiff, | **MINUTE ORDER** |
| vs. | April 1, 2020 |
| METALAST INTERNATIONAL, INC., et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion to set deadline for pretrial order (ECF No. 569). Chemeon responded to the motion (ECF No. 571).

The Semas' parties have withdrawn their consent to participate in a settlement conference. Therefore, the court will not reset the settlement conference. Defendants' motion to set deadline for pretrial order (ECF No. 569) is **GRANTED.** The joint pretrial order shall be filed on or before **Friday, May 1, 2020**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk