UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METALAST INTERNATIONAL, INC., et al.<br><br>　　　　Defendants.<br>_____/ | Case No. 3:15-CV-0294-CLB<br><br>**ORDER** |

At the conclusion of the trial in this case on November 17, 2020, the parties agreed to file written closing arguments and proposed findings of fact and conclusions of law on December 11, 2020 (ECF No. 608). Three weeks later and only three days prior to the due date, the parties have stipulated to an extension of time because "counsel for plaintiff" have experienced illness and unexpected deadlines in other cases (ECF No. 616). The court notes that plaintiff currently has a minimum of three trial counsel and one associate that appeared at trial in this case. Therefore, the court **GRANTS in part** and **DENIES in part** the stipulation for extension of time (ECF No. 616).

The parties shall file their closing arguments and proposed findings of fact and conclusions of law no later than 9:00 am on Monday, December 14, 2020. No further extensions of time shall be granted for any reason.

IT IS SO ORDERED.

DATED: December 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE