UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHEMEON SURFACE TECHNOLOGY, LLC, <br><br>Plaintiff,<br>v.<br><br>METALAST INTERNATIONAL, INC., *et. al.*,<br><br>Defendants. | Case No. 3:15-CV-00294-CLB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On June 24, 2022, the Court ordered the parties to provide a status report concerning how they wished to proceed following the remand of this case by the Ninth Circuit. (*See* ECF No. 660.) Plaintiff Chemeon Surface Technology, LLC ("Chemeon") and Defendant David M. Semas ("Semas"), each filed status reports. (ECF Nos. 661, 662.) Having reviewed the status reports, the Court finds that the most efficient use of the parties' and Court's time and resources is to engage in briefing on the sole issue of whether Chemeon has standing to pursue the trademark cancellation claim. Accordingly, the Court adopts the following briefing schedule:

| | |
|---|---|
| Chemeon's Motion for Summary | Friday, August 26, 2022 |
| Semas's Opposition and Cross-Motion | Friday, September 16, 2022 |
| Chemeon's Reply and Opposition | Friday, September 30, 2022 |
| Semas's Reply | Friday, October 7, 2022 |

**IT IS SO ORDERED.**

**DATE:** July 20, 2022.

_____
UNITED STATES MAGISTRATE JUDGE